IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLOMON L. WALKER, et al., | : CIVIL ACTION NO. 1:05-CV-0963 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| HENKELS & McCOY and RUSSEL N. WHITSEL, | : |
| Defendants | : |

### ORDER

AND NOW, this 16th day of February, 2006, upon consideration of the pretrial and trial schedule in the above-captioned case (see Doc. 14), and it appearing that defendant Russel N. Whitsel has not retained counsel, it is hereby ORDERED that:

1. The Clerk of Court is directed to designate Russel N. Whitsel as a *pro se* defendant.

2. The Clerk of Court is directed to send a copy of this order and the docket in this case via regular mail to Russel N. Whitsel at HC 60, P.O. Box 671, Orbisonia, Pennsylvania, 17243.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge