# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOLOMON L. WALKER**, et al., | : CIVIL ACTION NO. 1:05-CV-0963 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **HENKELS & McCOY** and **RUSSEL N. WHITSEL**, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 20th day of December, 2006, upon consideration of the motion for entry of default (Doc. 19) against defendant Russel N. Whitsel, and it appearing that defendant Whitsel received service of the complaint in the above-captioned case on June 27, 2005 (see Doc. 19, Ex. B), and that as of the date of this order defendant Whitsel has neither entered his appearance in this action nor filed an answer to plaintiffs' complaint, it is hereby ORDERED that:

1. The motion for entry of default (Doc. 19) is GRANTED.

2. The Clerk of Court shall defer entry of judgment in favor of plaintiffs and against defendant Whitsel until a determination of the appropriate measure of damages can be made either concurrent with or subsequent to the trial of the remaining defendant.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge